DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

IN THE MATTER OF THE APPEAL OF
R. J. REYNOLDS TOBACCO CO.

No. 275P85.

Case below: 74 N.C. App. 140.

Petition by Forsyth County for discretionary review under
G.S. 7A-31 denied 3 July 1985.

IPOCK v. GILMORE

No. 193P85.

Case below: 73 N.C. App. 182.

Petition by plaintiff for discretionary review under G.S.
7A-31 denied 3 July 1985. Petition by defendant for discretionary
review under G.S. 7A-31 denied 3 July 1985.

MARTIN v. THARPE

No. 347P85.

Case below: 74 N.C. App. 607.

Petition by defendants for writ of certiorari to the North
Carolina Court of Appeals denied 3 July 1985.

MAUNEY v. MORRIS

No. 231PA85.

Case below: 73 N.C. App. 589.

Petition by plaintiff for discretionary review under G.S.
7A-31 allowed 3 July 1985.

MORETZ v. RICHARDS & ASSOCIATES

No. 263PA85.

Case below: 74 N.C. App. 72.

Petition by plaintiff for discretionary review under G.S.
7A-31 allowed 3 July 1985.